UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MZIA KURDADZE CHARNIGA,

                       Plaintiff,

           -against-                    **ORDER**
                                                          CV 05-2580(FB)(ARL)

MARI TIGCI, et al.,

                       Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant Mari Tigci's letter application dated August 30, 2006, seeking to compel the plaintiff to provide an authorization for the plaintiff's treating endocrinologist. The defendant also seeks to strike the plaintiff's errata sheet, which describes a back injury claim that was withdrawn by her counsel at her deposition, or, in the alternative, to be given an opportunity to further depose the plaintiff. The application is granted, as unopposed. On or before September 20, 2006, the plaintiff shall provide the defendant with an authorization for Dr. Goldberg's records. By September 20, 2006, the plaintiff shall also provide the defendant with a revised errata sheet or notify the defendant's counsel that she will be available for a continued deposition to take place no later than September 26, 2006.

Dated:  Central Islip, New York                 **SO ORDERED:**
          September 13, 2006

                                                    _____/s/_____
                                                    ARLENE R. LINDSAY
                                                    United States Magistrate Judge